```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 25506
   LORETO CRUZ JR
   VALERIE L CRUZ                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8423    SSN XXX-XX-5234
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/08/04 and confirmed on 10/12/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  25928.30 .

     4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | 5044.11 | .00 | 5044.11 |
| CITIFINANCIAL | SECURED VEHIC | 1000.00 | 201.89 | 1000.00 |
| BOULDER HILL DENTAL ASSN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 15069.31 | .00 | 4664.11 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 7695.12 | .00 | 2381.72 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 12185.85 | .00 | 3771.65 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10259.52 | .00 | 3175.43 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5032.07 | .00 | 1557.48 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| RMCB COLLECTION AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| SURGICAL PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 1600.00 | .00 | 495.22 |

         Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6044.11 | .00 | 51841.87 | .00 | 57885.98 |
| PRINCIPAL PAID | 6044.11 | .00 | 16045.61 | .00 | 22089.72 |
| INTEREST PAID | 201.89 | .00 | .00 | .00 | 201.89 |
| TOTAL PAID | 6246.00 | .00 | 16045.61 | .00 | 22291.61 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH        , was allowed $   2200.00
and was paid $   206.00  direct and $   1994.00  through the plan.

The Trustee received $   1114.39 .

Refunds to the Debtor totaled $     528.30 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE